UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>HECTOR AVILA-RIVERA,<br><br>      Defendant. | Case No. 14CR1505-BAS<br><br>**JUDGMENT AND ORDER DISMISSING THE INFORMATION WITH PREJUDICE** |

Based on the United States' motion and for good cause shown, IT IS HEREBY ORDERED that the Information in this matter is DISMISSED WITH PREJUDICE and that all outstanding court dates are vacated.

**IT IS SO ORDERED.**

DATED:  June 30, 2014

Hon. BARBARA L. MAJOR
U.S. Magistrate Judge